■ DONALD P. MAZIARZ, Respondent-Appellant, v SUSAN MAZIARZ, Appellant-Respondent.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Grow, J. (Appeals from Order of Supreme Court, Oneida County, Grow, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Boehm and Davis, JJ.

■ VINCENT P. APTON et al., Respondents, v CITY OF ROCHESTER, Appellant.—Order and judgment unanimously affirmed with costs (see, County of Oswego v Maroney, 186 AD2d 1031 [decided herewith]; Scuderi v State of New York, 184 AD2d 1073). (Appeal from Order and Judgment of Supreme Court, Monroe County, Rosenbloom, J.—Additional Allowance.) Present—Denman, P. J., Green, Balio, Boehm and Davis, JJ.

■ EVERETT F. KELLEY, Appellant, v HARRIS, BEACH AND WILCOX, Respondent.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Willis, J. (Appeal from Order of Supreme Court, Monroe County, Willis, J.—Disqualify Law Firm.) Present—Denman, P. J., Green, Balio, Boehm and Davis, JJ.